UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS BERNARDO ORTEGA ALVAREZ,<br><br>*Petitioner,*<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland, Security et al.,<br><br>*Respondents.* | No. 2:25-cv-17401 (MEF)<br><br>**ORDER** |

For reasons that have been explained in other cases, see, e.g., Mboup v. Field Off. Dir. of N.J. Immigr. & Customs Enf't, 2025 WL 3062791 (D.N.J. Nov. 3, 2025), the Court orders that the Petitioner be treated by the Respondents as detained under 8 U.S.C. § 1226(a).

In light of this, the Respondents shall file a letter on or before November 18 at 5:00pm indicating whether the Petitioner has, by that time, been afforded a bond hearing in accordance with § 1226(a), and if not, why not.

IT IS on this 17th day of November, 2025, **SO ORDERED.**

_____
Michael E. Farbiarz, U.S.D.J.